FILED
HARRISBURG, PA

FEB 0 1 2022

PER _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :     CR. NO. 1:23-CR· 021
                           :
        v.                 :
                           :     (Judge WILSON )
CHRISTOPHER PACKER,        :
Defendant.                 :

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
21 U.S.C. §841(a)(1)
(Possession with Intent to
Distribute Methamphetamine)

On or about November 6, 2022, in Mifflin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**CHRISTOPHER PACKER,**

did knowingly, intentionally, and unlawfully possess with the intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 924(c)
(Possession of a Firearm in
Furtherance of Drug Trafficking)

On or about November 6, 2022, in Mifflin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

## CHRISTOPHER PACKER,

did knowingly possess a firearm, that is, a Smith and Wesson, M&P .380 caliber handgun, Serial Number REP1913, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, possession with the intent to distribute a controlled substance as charged in Count 1 of this indictment.

All in violation of Title 18, United States Code, Section 924(c).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. §922(g)
(Felon in Possession of a Firearm)

On or about November 6, 2022, in Mifflin County, Pennsylvania, within the Middle District of Pennsylvania, the

2

defendant,

## CHRISTOPHER PACKER,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting interstate commerce, a firearm, to wit, a Smith and Wesson, M&P .380 caliber handgun, Serial Number REP1913 and nine rounds of .380 caliber ammunition, said firearm and ammunition having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## THE GRAND JURY FURTHER FINDS PROBABLE CAUSE:

## FORFEITURE ALLEGATION

1.     The allegations contained in Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2.     Upon conviction of the offenses in violation of Title 21,

3

United States Code, Section 841and Title 18, United States Code, Sections 922 and 924 set forth in Counts 1 through 3 of this Indictment, the defendant,

**CHRISTOPHER PACKER,**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses; and any firearms and ammunition involved in the commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

> a. a Smith & Wesson, M&P Shield 380 firearm bearing Serial Number REP 1913 and any associated ammunition; and
>
> b. approximately $2,906.00 in U.S. currency.

3. If any of the property described above, as a result of any act

4

or omission of the defendant[s]:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28 United States Code, Section 2461(c).

A TRUE BILL

GERARD M. KARAM
United States Attorney

███████████
FOREPERSON

*[signature]*

SCOTT R. FORD
Assistant United States Attorney

2/1/23
Date

5